1  -BENJAMIN B. WAGNER
United States Attorney
2  DEANNA L. MARTINEZ
Assistant United States Attorney
3  United States Courthouse
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-MC-00045-OWW |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| 1 XBOX 360- SERIAL NO. B4K-0001, | |
| 1 LAPTOP CPU, SERIAL NO. PCG-885L, | |
| 1LAPTOP CPU, SERIAL NO. X7136444K, | |
| 1 DIGITAL MOVIE CAMERA, SERIAL NO. 262765, | |
| 18 ASSORTED PURSES, | |
| 1 PURSE BRIEFCASE STYLE, | |
| 1 LEATHER BAG (RED), | |
| 4 PURSES, | |
| 1LEATHER PURSE WITH MATCHING WALLET AND COSMETIC BAG, | |
| 1LEATHER PURSE WITH MATCHING WALLET, | |
| 1 PURSE, and | |
| 1 PURSE (BLUE), | |

1  STIPULATION AND ORDER EXTENDING  UNITED STATES TIME TO FILE

                                            )
                                            )
         Defendants.                         )
_____ )

It is hereby stipulated by and between the United States of America and Claimant Renatta Carter-Ford (hereafter "Claimant"), by and through their respective attorney, as follows:

1. On or about August 26, 2009, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the above captioned assets (hereafter collectively, "miscellaneous assets"). The miscellaneous assets were seized on or about June 10, 2009.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983 to all known interested parties. The time has expired for any person to file a claim to the miscellaneous assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person(s) other than Claimant has filed claims to the miscellaneous assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the miscellaneous assets and/or to obtain an indictment alleging that the miscellaneous assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 1, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the miscellaneous assets and/or to obtain an indictment alleging that the miscellaneous assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the miscellaneous assets and/or to obtain an

///

///

///

2   STIPULATION AND ORDER EXTENDING  UNITED STATES TIME TO FILE

1  indictment alleging that the miscellaneous assets are subject to forfeiture shall be extended to
2  February 1, 2010.

3
4  Dated: November  24 , 2009					BENJAMIN B. WANGER
							United States Attorney

5								 /s/ Deanna L. Martinez
							DEANNA L. MARTINEZ
6							Assistant United States Attorney

7

8
9  Dated: November 24  , 2009					 /s/ John Garland
							JOHN GARLAND
							Attorney for Claimant
10

11
12  IT IS SO ORDERED.

   **Dated:     December 3, 2009**			        **/s/ Oliver W. Wanger**
13							UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3   STIPULATION AND ORDER EXTENDING  UNITED STATES
                                        TIME TO FILE